UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2023
```

-------------------------------------------------------------------X
                                   :

FRANCISCO JAVIER MARTINEZ ANGEL, *on behalf*  :
*of himself, FLSA Collective Plaintiffs, and the Class*,

                                   :

                 Plaintiffs,    :                 23-cv-222 (LJL)

                                   :

         -v-                 :                   ORDER

                                   :

CORE SCAFFOLD SYSTEMS INC. *et al.*,     :

                                   :

                 Defendants.    :

                                   :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On April 24, 2023, Plaintiff filed a motion for conditional certification. Dkt. No. 26.  As of May 16, 2023, Defendants have not filed any opposing papers or requested an extension of time to do so.  Defendants are directed to file opposing papers, if any, on or before May 23, 2023 or the Court will consider Plaintiff's motion unopposed.

      SO ORDERED.

Dated: May 16, 2023
      New York, New York          _____
                                  LEWIS J. LIMAN
                            United States District Judge