UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO JAVIER MARTINEZ ANGEL, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

          Plaintiff,

v.

CORE SCAFFOLD SYSTEMS INC.,
M.D. SCAFFOLDING, INC.,
K & V GARCIA CORP., JOHN DOE CORPORATIONS 1-50,
VALON PILKU, and VICENTE GARCIA,
          Defendants.

**Case No.**: 1:23-cv-00222

**RULE 68 JUDGMENT**

---

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Core Scaffold Systems INC., M.D. Scaffolding INC., K & V Garcia, Valon Pilku and Vicente Garcia (collectively "Defendants"), having offered to allow Plaintiff Francisco Javier Martinez Angel ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) ("Judgment Amount"), to resolve all of Plaintiff's individual Fair Labor Standards Act claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 22, 2023 and filed as Exhibit A to Docket Number 41;

      **WHEREAS**, on November 27, 2023, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 41);

      It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Francisco Javier Martinez Angel, in the sum of $25,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated November 22, 2023 and filed as Exhibit A to Docket Number 41. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: ___December 5___, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge